1
2
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT

11                     EASTERN DISTRICT OF CALIFORNIA

12

13   DAVID MICHAEL ALVARADO,              1:07-cv-00994-OWW-DLB (HC)

14                 Petitioner,
                                          **ORDER AUTHORIZING
15   v.                                   IN FORMA PAUPERIS STATUS**

16   JAMES A. YATES,

17                 Respondent.
     _____/

18

19          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

20   pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

21   proceed *in forma pauperis*.  The petition will be screened in due course.

22

23          IT IS SO ORDERED.

24      Dated:   __July 19, 2007__          _____/s/ **Dennis L. Beck**_____
                                            UNITED STATES MAGISTRATE JUDGE
25

26

27

28

Dockets.Justia.com