IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL ALVARADO, | 1:07-cv-00994 OWW DLB (HC) |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO |
| vs. | FINDINGS AND RECOMMENDATIONS |
| JAMES A. YATES, | (DOCUMENT #10) |
| Respondent. | THIRTY DAY DEADLINE |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 19, 2007, petitioner filed a motion to extend time to file objections to findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

Dated:   **October 9, 2007**                    **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE