# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MICHAEL ALVARADO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JAMES A. YATES,<br><br>　　　　　Respondent.<br>_____/ | 1:07-CV-00994 OWW DLB HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PETITIONER'S MOTION FOR STAY AND ABEYANCE; ORDER REGARDING PETITIONER'S MOTION TO VOLUNTARILY DISMISS PETITION; AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS<br><br>[Docs. 9, 13] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　Petitioner filed the instant petition for writ of habeas corpus on July 12, 2007. On July 23, 2007, the Court issued Findings and Recommendations recommending that the instant petition be dismissed for failure to exhaust the state court remedies. Specifically, it was noted that Petitioner had conceded that all of the claims raised in the instant petition were currently pending before the California Supreme Court by way of a state petition for writ of habeas corpus. (Findings & Recommendation, at 3.)

　　　　On July 30, 2007, Petitioner filed a motion for a stay and abeyance. (Court Doc. 6.) On August 31, 2007, the Court issued Findings and Recommendations recommending that Petitioner's motion for stay and abeyance be denied. (Court Doc. 9.)

　　　　On October 23, 2007, Petitioner filed objections to the Findings and Recommendations. (Court Doc. 12.) Then on November 9, 2007, Petitioner filed a motion for leave to voluntarily

dismiss the petition. (Court Doc. 13.)

In his objections, Petitioner acknowledges that the instant federal petition contains only unexhausted claims. (Objections, at 6.) Petitioner filed his state habeas corpus petition in the California Supreme Court on April 13, 2007, which was still pending at the time the instant petition was filed. (Petition, at XX; Motion Voluntarily Dismiss, at 4.) In his motion for voluntarily dismissal, Petitioner states that the California Supreme Court denied his state petition on October 10, 2007. (Motion, at 4.) Petitioner requests that the Court dismiss the instant petition, without prejudice, to allow him to file a new petition as the claims have now been exhausted. (Id. at 4.) Petitioner is advised that it is unnecessary to file a new petition, as the Court will allow him to proceed with the instant petition based on his contention that the claims are now all fully exhausted. Accordingly, Petitioner's motion to voluntarily dismiss the instant petition shall be DISREGARDED as unnecessary.[1] This also renders Petitioner's motion for stay and abeyance as MOOT.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations are adopted with the modification that Petitioner's motion for stay and abeyance is now MOOT as the claims have all been fully exhausted;

2. Petitioner's motion to voluntarily dismiss the instant petition is DISREGARDED as unnecessary; and

3. The matter is referred back to the Magistrate Judge for issuance of briefing schedule.

IT IS SO ORDERED.

**Dated:   December 1, 2007**                     /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that no finding as to the timeliness of the instant petition has been made.